# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005<br><br>       *Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION,<br>1200 New Jersey Avenue SE<br>Washington, DC 20590<br><br>U.S. GENERAL SERVICES<br>ADMINISTRATION,<br>1800 F Street NW<br>Washington, DC 20405<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY,<br>245 Murray Lane SW<br>Washington, DC 20528<br><br>and<br><br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br>20 Massachusetts Avenue NW<br>Washington, DC 20529-2120<br><br>       *Defendants.* | Case No. 24-3411 |

## **NOTICE OF DISMISSAL**

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff American Oversight voluntarily dismisses this action against Defendant the U.S. Department of Transportation (DOT) without prejudice. Voluntary dismissal by a plaintiff without a court order is appropriate "before the opposing party serves either an answer or a motion for summary

judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).  Defendant DOT has not served an answer or a motion for summary judgment in this suit.

| | |
|---|---|
| Dated:  January 14, 2025 | Respectfully submitted, |
| | */s/ David Kronig* |
| | David Kronig |
| | D.C. Bar No. 1030649 |
| | Emma Lewis |
| | D.C. Bar No. 144574 |
| | |
| | AMERICAN OVERSIGHT |
| | 1030 15th Street NW, B255 |
| | Washington, DC 20005 |
| | (202) 897-3915 |
| | david.kronig@americanoversight.org |
| | *Counsel for Plaintiff* |